JOSEPH A. WALKER, State Bar No. 47223
JASON MATTHEW LAMB, State Bar No. 222191
THE WALKER LAW FIRM,
A Professional Corporation
1301 Dove Street, Suite 720
Newport Beach, CA 92660-2464
Telephone: (949) 752-2522
Facsimile: (949) 752-0439
e-mail: jwalker@twlf.net & jlamb@twlf.net

Attorneys for Plaintiff and Counter-Defendant,
IMAGINE STUDIOS, LLC, and Counter-Defendant,
SANFORD YESTER

G. HENRY WELLES, State Bar No. 157193
BEST, BEST & KRIEGER LLP
74-760 Highway 111, Suite 200
Indian Wells, CA 92210
Telephone: (760) 568-2611
Facsimile: (760) 340-6698
e-mail: henry.welles@bbklaw.com

Attorneys for Defendants and Counter-Claimants,
ROBEJI DESIGNS, LLC and HECTOR ROMERO, and
Defendant, CHRISTOPHER OBEJI

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IMAGINE STUDIOS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROBEJI DESIGNS, LLC, a California limited liability company; HECTOR ROMERO, an individual; and CHRISTOPHER OBEJI, an individual,<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No.: **CV12-04781 FMO (JCGx)**<br>Assigned to Honorable Fernando M. Olguin<br><br>Filed: May 31, 2012<br>Trial: June 18, 2013<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**ORDER GRANTING DISMISSAL - 1**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** a Stipulation of Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure was filed herein by Plaintiff and Counter-Defendant, IMAGINE STUDIOS, LLC ("Imagine Studios"), and Counter-Defendant, SANFORD YESTER ("Yester") (collectively, "Imagine Parties"), and Defendants and Counter-Claimants, ROBEJI DESIGNS, LLC ("Robeji Designs") and HECTOR ROMERO ("Romero"), and Defendant, CHRISTOPHER OBEJI ("Obeji") (collectively, "Robeji Parties").

**IT IS HEREBY ORDERED THAT:**

1. The Complaint filed herein by Imagine Parties against Robeji Parties is hereby *DISMISSED*;

2. The Counterclaims filed herein by Robeji Parties against Imagine Parties are hereby *DISMISSED*;

3. The dismissals are hereby entered **WITH PREJUDICE**;

4. Each party to bear its own attorneys' fees and costs;

5. The mediation scheduled for February 20, 2013, is hereby *VACATED*; and

6. The trial scheduled for June 18, 2013, is hereby *VACATED*.

DATED: January 25, 2013        By: _____/s/_____
                                    Honorable Fernando M. Olguin
                                    Judge of the United States District Court

**ORDER GRANTING DISMISSAL - 2**